# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER J. MOSER, Trustee** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | Case No. 4:12CV443 |
| | § | |
| **EUGENE ZEMP DUBOSE, P.C.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER REFERRING CASE TO SETTLEMENT CONFERENCE

U. S. Magistrate Judge Amos L. Mazzant has agreed to conduct a settlement conference in this case. The parties shall be responsible for communicating with Judge Mazzant's chambers to coordinate a date for the settlement conference. The settlement conference shall be conducted by **August 29, 2014**.

IT IS SO ORDERED.

SIGNED this 5th day of August, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE