# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER J. MOSER, Trustee | § | |
| | § | |
| v. | § | CASE NO. 4:12cv443 |
| | § | (Judge Bush) |
| EUGENE ZEMP DUBOSE, P.C. | § | |

## NOTICE OF SETTLEMENT CONFERENCE

Pursuant to the Order Referring Case to Settlement Conference (Dkt. #43), this matter has been referred to the undersigned for the purpose of conducting a settlement conference.

The settlement conference has been scheduled for ***Wednesday, August 27, 2014, at 1:30 p.m.*** at the ***U. S. Courthouse Annex, 200 N. Travis Street, Chase Bank Building, Mezzanine Level, Sherman, Texas 75090.***

This is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of the Magistrate Judge. All proceedings in a settlement conference are confidential and privileged from discovery. No subpoenas, summons, citations or other process shall be served at or near the location of any settlement conference upon any person entering, leaving, or attending any settlement conference.

Following the settlement conference, the United States Magistrate Judge will advise the court that the case did or did not settle.

### *NOTICE*

The named parties and lead counsel of record shall be present during the entire settlement conference.

Each party which is not a natural person must be represented by an officer with authority to negotiate a settlement. (This person must be a true representative of the corporation. An employee of a local store with no corporate duties or responsibilities is not sufficient.)

In cases where a group defense fund or insurance carrier is involved, a representative with settlement authority from that organization is also required.

***Any exception to these requirements must be approved by this court well in advance of the scheduled conference.  "Availability by phone" is not  a substitute for attendance.***

Counsel and parties should proceed in a good faith effort to try to resolve this civil action. The court will use it's best efforts to bring about a fair and equitable settlement for all parties.

The referral to alternative dispute resolution is not a substitute for trial, and this civil action will be tried if not settled.

**IT IS SO ORDERED**.
**SIGNED this 7th day of August, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE